NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**PATENT HARBOR, LLC,**

*Plaintiff-Appellant,*

**v.**

**AUDIOVOX CORPORATION** AND
**AUDIOVOX ELECTRONICS CORPORATION,**

*Defendants-Appellees,*

AND

**RADIOSHACK CORPORATION,**

*Defendant-Appellee,*

AND

**VIZIO, INC.,**

*Defendant-Appellee,*

AND

**IMATION CORPORATION,**

*Defendant-Appellee,*

AND

**BEST BUY CO., INC.,**

*Defendant-Appellee,*

AND

**DENON ELECTRONICS (USA), LLC,**
*Defendant-Appellee.*

———————————

2013-1341

———————————

Appeal from the United States District Court for the Eastern District of Texas in No. 10-CV-0361, Magistrate Judge John D. Love.

———————————

**JUDGMENT**

———————————

KEITH RUTHERFORD, Wong, Cabello, Lutsch, Rutherford & Brucculeri, L.L.P., of Houston, Texas, argued for plaintiff-appellant. With him on the brief were TERRIL G. LEWIS, NGOC LINH BUI, and DANIEL PETERSON. Of counsel on the brief was ERIC M. ALBRITTON, Albritton Law Firm, of Longview, Texas.

ADRIAN M. PRUETZ, Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP, of Los Angeles, California, argued for all defendants-appellees. With her on the brief for defendant-appellee Vizio, Inc. was CHARLES C. KOOLE. On the brief for for defendant-appellee Best Buy Co., Inc. was EMMETT J. MCMAHON, Robins, Kaplan, Miller & Ciresi LLP, of Minneapolis, Minnesota; for defendant-appellee Denon Electronics (USA), LLC were JOHN M. JACKSON, CHRISTOPHER J. ROURK, and MATTHEW C. ACOSTA, Jackson Walker LLP, of Dallas, Texas; for defendant-appellee Imation Corporation was ANTON N. HANDAL, Handal & Associates, of San Diego, California; for defendant-appellee RadioShack Corporation was CHRISTOPHER M. JOE, Buether Joe & Carpenter, LLC, of Dallas, Texas; and for defendants-appellees Audiovox Corporation, et al.

were D. JOSEPH ENGLISH and KRISTINA CAGGIANO, Duane Morris LLP, of Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, PROST, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| January 15, 2014 | /s/  Daniel  E.  O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
|  | Clerk of Court |